LOUISE AUGER v. THE GIONTI AGENCY AND THE
HARTFORD INSURANCE COMPANY.

November 17, 1987.

Cross-petition for certification denied.   (See 218 *N.J.Super.*
360)

ASSOCIATED MOUNTAIN TOP, INC. v. THE GREATE BAY HOTEL
AND CASINO, INC., T/A SANDS HOTEL AND CASINO.

November 17, 1987.

Petition for certification denied.

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA v. MARION KLEIN.

November 17, 1987.

Petition for certification denied.   (See 220 *N.J.Super.* 25)